UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:20-CR-99 |
| v. | ) | |
| | ) | JUDGE CRYTZER/GUYTON |
| ANDREW LYNN | ) | |

## SECOND MOTION FOR EXTENSION OF TIME

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby files a second unopposed Motion for Extension of Time to File Responses. On January 27, 2021, the United States filed a motion for an extension of time to file its responses to defendant's Motion to Suppress [Doc. 13] and Motion to Dismiss Indictment [Doc. 15]. The Court granted that motion and the response deadline was moved to February 16, 2021. During that time, the United States determined that a Superseding Indictment against the defendant is warranted. The Superseding Indictment will directly affect the issues before the Court. Further, the United States and the defendant are in negotiations to resolve the case completely. Therefore, the United States asks for a thirty-day extension through March 18, 2021, within which to file its responses. The United States has spoken to counsel for the defendant and the defendant does not oppose this motion.

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

By: *s/ Cynthia F. Davidson*
CYNTHIA F. DAVIDSON
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167
Cynthia.davidson@usdoj.gov
TN BPR #016099