# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE – COURTROOM 3A

**Case #:** 3:20-cr-99  **Date:** September 19, 2022

United States of America  **vs.**  Andrew Lynn

**Present Before:** Honorable Jill E. McCook, United States Magistrate Judge

| **Courtroom Deputy:** | **Court Reporter:** | **Law Clerk:** |
|---|---|---|
| Mallory Dahl | ECRO | |

| **Asst. U.S. Atty(s):** | **Probation Officer(s):** | **Atty(s) for Defendant(s):** |
|---|---|---|
| Jeremy Dykes | | Wade Davies |

**Others Present:**

**Proceedings:**
Parties present for an arraignment on a superseding indictment. Defendant sworn. Not guilty plea entered. Dates and deadlines to remain as previously set.

**Dates set at this hearing:**
- [ ] Jury Trial:
- [ ] Pretrial Conf.:
- [ ] Detention Hrng.:
- [ ] Motion Hrng:
- [ ] Status Conf:

**Deadlines set at this hearing:**
- [ ] Discovery DDL:
- [ ] Motion Cut-Off:
- [ ] Response to Mtns:
- [ ] Reciprocal Disc.:
- [ ] Plea DDL:

[ ] Defendant remanded to custody.  [✓] Defendant released on Order Setting Conditions of Release.

**Time:** 2:30 p.m. **to** 2:45 p.m.

(●) I, Mallory Dahl, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.