IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:20-CR-99-KAC-JEM |
| | ) | |
| ANDREW LYNN, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

This matter is before the Court on Defendant Andrew Lynn's Renewed Motion to Suppress Surreptitious Video Recordings of Confidential Patient Treatment and Related Evidence [Doc. 38] and Renewed Motion to Dismiss the Indictment [Doc. 39], as well as the Government's Response to Defense Motions [Doc. 50]. *See* 28 U.S.C. § 636(b). In its response, the Government requests that this Court deny Defendant's motions as moot because Defendant has filed a plea agreement in *United States v. Lynn*, Case No. 3:22-CR-97-KAC-JEM. Upon review of these filings, the Court **DIRECTS** counsel for Defendant to file a reply on or before **October 19, 2022**, that addresses the Government's Response [Doc. 50].

**IT IS SO ORDERED.**

ENTER:

_/s/ Jill E. McCook_
Jill E. McCook
United States Magistrate Judge